UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA        )
2015 MAY 14  )  A 10: 48
                                )
        v.                      )        Criminal No.  2:15-mj- 101· JHR
                                )        18 U.S.C. §§ 2261A(2)(B) & 2261(b)(5)
                     DEPUTY CLERK
CHARLES MACK                    )

## COMPLAINT

I, Pamela A. Flick, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

From about January 2014, the exact date being unknown, until about May 2015, in the District of Maine and elsewhere, Defendant

## CHARLES MACK

with the intent to injure, harass, intimidate, and to place under surveillance with the intent to injure, harass, and intimidate another person, namely, A.M., used facilities of interstate or foreign commerce, including electronic mail and cellular telephone networks, to engage in a course of conduct that caused substantial emotional distress to A.M.

In violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

I am a Special Agent with the Federal Bureau of Investigation.   This Complaint is based on those facts which are set forth in my affidavit of May 14, 2015, which is attached hereto and incorporated herein by reference.


Special Agent Pamela A. Flick
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this _14ᵗʰ_ day of May, 2015.

John H. Rich III
United States Magistrate Judge

## AFFIDAVIT OF PAMELA A. FLICK
## IN SUPPORT OF CRIMINAL COMPLAINT

I, Pamela A. Flick, having been duly sworn, state as follows:

1.      I am employed as a Special Agent with the Federal Bureau of Investigation (FBI),
and have been so employed for approximately 20 years.  I am currently assigned to the FBI's
Boston Division, Portland, Maine Resident Agency.  During my employment with the FBI, I
have participated in the investigation of a variety of federal criminal offenses, including domestic
terrorism, sending threatening communications, and stalking.

2.      I submit this Affidavit in support of a criminal complaint charging Charles Mack
with the offense of stalking in violation of 18 U.S.C. § 2261A(2)(B).

3.      I make this Affidavit based on my personal investigation, my training and
experience, and my review of relevant documents and conversations that I have had with other
law enforcement agents.  Because this Affidavit is submitted for the limited purpose of
establishing probable cause in support of a criminal complaint, it does not set forth each and
every fact that I or others have learned during the course of this investigation.

## RESULTS OF INVESTIGATION

4.      In early September 2014, I spoke with Lieutenant John Kilbride of the Falmouth,
Maine Police Department.  Lt. Kilbride informed me that the Falmouth Police Department had
received a complaint from A.M., a Maine woman who reported that her ex-husband, whom she
had not spoken to in over 20 years, had recently begun contacting her again and that she feared
for her safety.

5.      On September 4, 2014, I met with A.M. and learned the following.  A.M. met
Charles Mack when she was a college student in Colorado in 1989.  They commenced a
romantic relationship, and soon after A.M. became involved in criminal activity with Mack.  The

criminal activity included check fraud and theft throughout the United States. A.M. reported that during her relationship with Mack, Mack would threaten her if she did not want to engage in criminal activity with him. Specifically, he would threaten her with physical bodily harm, such a throwing acid in her face, and would threaten to kill her and her family. A.M. also reported that Mack carried a gun and slept with it under his pillow at night. A.M. and Mack married at some point during this period that they were engaged in criminal activity together.

6.      A.M. was ultimately arrested by the United States Secret Service in October 1989 and agreed to cooperate and provide information against Mack. A.M. was convicted in the Western District of New York for misprision of a felony, and she also received several state convictions for related conduct. Mack was convicted in the Western District of New York in 1991 for possession and uttering of counterfeit securities of an organization. He was sentenced to 44 months in prison to be followed by 3 years of supervised release. He also has multiple prior convictions for burglary. A.M. subsequently divorced Mack. She and Mack were only together for a total of approximately 8 months. A.M. had not had any contact with him since 1990 or 1991.

7.      A.M. reported to me that in January or February 2014, Charles Mack left her a message on her cell phone asking her to call him. A.M. called him back because she believed that he was seeking closure on past events. During the phone call, Mack told A.M. that he was dying of cancer. He also told her that he had been able to find her through his FBI "black ops" handler. A.M. had recently become divorced from her second husband and Mack indicated that he had only contacted her after learning of the divorce.

8.      A.M. reported to me that she continued to communicate with Mack, and that he made it clear that he wanted to resume a romantic relationship. She told me that while she

2

initially engaged him in communication, she rebuffed him several times after she understood that

he wanted a romantic relationship.  On Mother's Day 2014 he sent flowers to her office with a

note reading, "From your son."  He also communicated with her at one point to say that he was

at the Bangor Airport and needed her to pick him up, but later sent her a text message that it was

only a joke.  At some point, according to A.M., Mack began threatening to send nude photos of

her and information about her criminal history to people at her workplace if she did not send him

money.  It was at this point that A.M. contacted the Falmouth Police Department.  I did not seek

to file any charges against Mack at this point in part because A.M. was fearful and did not want

to escalate the situation.

        9.      Since my conversation with A.M., she has provided to the FBI the

communications she has received from Charles Mack via text message, voicemail, and email.  In

reviewing the text messages and voicemail messages, I determined that the number contacting

A.M. was 727-678-1797.  I have received by subpoena telephone toll records for this number

from the time period of January 1, 2014 until September 9, 2014.  According to T-Mobile/Metro

PCS, this account was activated on January 1, 2013, and the subscriber as of September 9, 2014

was Chaz Mack, 1664 Drew Street, Clearwater, Florida 33755.  I have also listened to a recorded

voicemail message from Mack in which he identified his telephone number as 727-678-1797.

Between January 1 and September 9, 2014, A.M.'s phone number was the third most popular

contact on phone number 727-678-1797, and out of the 252 days during the activity date range,

this number and A.M.'s number were in telephone contact on 62 of them (approximately 25

percent).  Approximately 76 percent of these contacts originated from 727-678-1797 to A.M.'s

number.  From January to June the contacts were mostly voice calls, and from July to September

they were mostly text messages.

10.     In reviewing the email messages that A.M. provided to me, I determined that the emails she believed were coming from Charles Mack were sent from the email address charliem2525@gmail.com and that many of the emails were signed "C". I have learned from Google that the subscriber of this email address is "charlie mack" and that the email address was created on January 24, 2014. In addition, the telephone number associated with this email address is 727-678-1797. I have also listened to a recorded voicemail message from Mack in which he identifies this as his email address. I therefore believe that the emails from charliem2525@gmail.com were sent by Charles Mack.

11.     I have reviewed the emails between A.M. and Mack. I have observed that in January and February 2014, the emails were largely friendly. Mack told A.M. that he was dying and she responded in a concerned and friendly manner. In addition, they discussed that A.M. might potentially come to Florida to visit Mack. Mack also indicated that he wanted to make A.M. the beneficiary of his SSI benefits and give her various amounts of money. After A.M. informed Mack that she would not be coming to visit and did not want any money from him, his emails became more antagonistic and aggressive. Throughout the spring of 2014, Mack continued to send emails to A.M., some of which I have excerpted below.

12.     On March 9, 2014, at 9:24 p.m., Mack sent the following email to A.M.:

Means nothing. I no longer have a motherfucking thing to lose. Whether you realize it or not you set me up twice for the only one. And I just got the blow off from the only person cared for me. Means I have to leave and take my midnight shot. Means fuck the ops, fuck everything, Means maybe you should think deeper before setting someone up for a double fuck off. Means for the first time in twenty years I fucking cried. Means never ever trust anyone. Means I have to just go for it to get free from here and stop counting sirens. Means I am not getting caught trying to go for it, Means I am not going back, fuckit shoot me. Means my hope for [name redacted][1] are shot down again. Means nothing. Means I quit.

---

[1]     I have redacted references to A.M.'s name or nicknames.

4

Hope the lack of op means I don't have to go out in a shootout as it voids the policy. I owe you that money. Means you wouldn't give me a shot after 20 yrs of being straight. Means you don't get how someone-not a psycho-stalker--can really care after a year after ten after twenty. Means nothing, I guess. K? C

13.     On May 13, 2014, Mack sent the following email to A.M.:

Makes me kinda sad you didnt even acknowledge the recent MD gift sent from your son...[2] You know I am on a short stack, [name redacted]. You had me really geared up to visit: Told me I was offered an inch but wanted a mile. True.I want all 6.1/ 6.4 w stilettos and 1980s big hair But Im sorry..My feelings I think were more intense than yours. And I was NEVER violent, Girl I see just interrogates.
.Damn I miss you, [name redacted]. Despite the other (she is finishing her degree in VA then getting her badge and gun, ironic I guess). . But I just want my BB[3] back, see if it works out.
You didn't know but the "closure" term blew me away hence punching the wall.. See when I was in worst prison in US, in a single cell 23.5 daily they would follow me back to cell to make sure I was away from bars when they slammed shut (not like an elevator when interrupted it stops; there is 300 lbs of iron that will cut your fucking arm off.]
So they watched and yelled to the other solitary guard "close on 16 or whatever cell I was in".Closure.another 23.5 hrs for 3 yrs.If you come for 3 days this summer and it does not work, well we tried. I Love you like that night we met. Pls call me.C.

14.     On June 12, 2014, A.M. sent Mack a lengthy email in which she asked Mack to

stop contacting her. Portions of this email are excerpted below:

Charlie:

I have asked you repeatedly to leave me be and you seem unable to respect this request. You continue to ask me to come there or talk on the phone. Look, I am truly sorry that you feel you have no one else but I cannot serve the purpose in your life you seek.

. . .

I do not want to hurt you. However, at this point with my repeated requests for you to stop you must realize this has reached the point of stalking behavior and is very stressful on me. If you truly care for me as you say, you will wish me well too, move on and respect my wishes. I cannot be mean to you as you asked in your last text, in fact I am so sorry you are unwell and hope you'll be able to find some sense of wellness and peace.

---

[2]     A.M. has informed me that in 2014 she received Mother's Day flowers at her office with a card indicating the flowers were from her son. She later learned that Mack, and not her son, had sent the flowers.

[3]     A.M. has told me that "BB" is short for "blondie blonde" and is a reference to A.M.

15.    Shortly after this email, Mack, using telephone number 727-678-1797, began

texting A.M.  On June 18, 2014, Mack (denoted as C.M. in the table below) and A.M. had the

following text message exchange:

| Date | Time | From | To | Content |
|------|------|------|-----|---------|
| 6/18/14 | 3:03 pm | C.M. | A.M. | I call u once thats not stalking. I never delete anything especially nude photos.I hate it here so am processing Mers college bonds 12K –moving alongside you |
| 6/18/14 | 3:07 pm | C.M. | A.M. | Pls dont call. I am not getting set up. U have my mail and phone. See u soon. |
| 6/18/14 | 3:11 pm | A.M. | C.M. | Stalking is also continuing to contact someone through email/text when they have repeatedly asked you to stop. Your contacting me in any way is a reportable instance bc I was in the Federal Victim Notification program. |
| 6/18/14 | 3:16 pm | C.M. | A.M. | U texted me more and I have never threatened u.  In fact told u how much I adore u.  I can move anywhere I please so bring it.  Just trying to sway u in person. |
| 6/18/14 | 3:36 pm | A.M. | C.M. | No I didn't and I've been asking since Feb for you to stop. Please stop I am begging you. |
| 6/18/14 | 3:44 pm | C.M. | A.M. | Oh the flowers were so beautiful.  There is ZERO mails or text till last night –and thats iffy.  We will talk in person. Have a great day [name redacted]. |
| 6/18/14 | 3:49 pm | C.M. | A.M. | Feds r the ones who trained me plus I have not threatened nor stalked u.  Rock on. |
| 6/18/14 | 4:02 pm | C.M. | A.M. | But since u did ask I wont text or mail u anymore. Just visit and move my lease is up. |

16.    On August 16, 2014, Mack (denoted as C.M. in the table below) and A.M. had a

text message exchange, portions of which are excerpted below:

| Date | Time | From | To | Content |
|------|------|------|-----|---------|
| 8/16/14 | 10:59 am | C.M. | A.M. | Would it be cool if i flew to see you in next few months? C. |
| 8/16/14 | 12:24 pm | A.M. | C.M. | No.  I have asked you to stop communicating with me. You need to stop asking me for anything and move on. |
| 8/16/14 | 2:12 pm | C.M. | A.M. | No.  Between my just fixed car maids I had to hire in case u came by and medication co pays from the bullet I took to get to you I am out at last 9k.  No threat |
| 8/16/14 | 2:18 pm | C.M. | A.M. | Here. Just thinking we could reconcile in person.  I am coming up soon.  Love C.  PS: my phone and PC r |

| Date | Time | From | To | Content |
|------|------|------|------|---------|
| | | | | always recorded so dont try to set me up.  See u soon. |
| 8/16/14 | 2:23 pm | A.M. | C.M. | As much as I don't even want to respond.  I have no idea of what you are talking about re: 9k or about setting you up.  I have been advised by the head of a federal probation and parole to get a restraining order against you.  Something I was hoping to avoid. |
| 8/16/14 | 2:27 pm | C.M. | A.M. | Go for it.  Been clean over 20 years.  And did u forget the pix u sent? |
| 8/16/14 | 2:20 pm | C.M. | A.M. | Also not asking for a dime.  Plus I work for them... |

. . .

| Date | Time | From | To | Content |
|------|------|------|------|---------|
| 8/16/14 | 3:16 pm | C.M. | A.M. | U dont make things right I will send all your nude picks to Everyone at [redacted][4] plus copy of yourl"confession" |
| 8/16/14 | 3:23 pm | A.M. | C.M. | Well that will surely win me over. Make things right? |
| 8/16/14 | 3:24 pm | C.M. | A.M. | Guess |
| 8/16/14 | 3:44 pm | A.M. | C.M. | No idea |
| 8/16/14 | 3:48 pm | C.M. | A.M. | U dissed me bad.  So everyday when u walk into your office read faces.  Did see me nude and my record? |
| 8/16/14 | 3:52 pm | A.M. | C.M. | I was asking what you meant by how i could make things right... I didn't dis you at all.  I have been very kind but knew I couldn't see you. |
| 8/16/14 | 3:53 pm | C.M. | A.M. | Figure it out. |
| 8/16/14 | 4:10 pm | A.M. | C.M. | Sounds like 9k or is it reconcile?  I can't follow your thoughts and switching between loving or hating me |
| 8/16/14 | 4:14 pm | C.M. | A.M. | Oh man .I love you the only girl ever.  But u set me up and crashed me... |

17.    On August 18, 2014, Mack (denoted as C.M. in the table below) sent A.M. the

following text messages:

| Date | Time | From | To | Content |
|------|------|------|------|---------|
| 8/18/14 | 1:48 pm | C.M. | A.M. | I an scary to fly so drinks lot before. i am in bangor airport no one would rent me car cause i taste like booze.  I am on benchb eastern air. pls pick meup |
| 8/18/14 | 2:04 pm | C.M. | A.M. | Just messing w you;) |

---

[4]    I have redacted Mack's reference to A.M.'s workplace.

| 8/18/14 | 5:47 pm | C.M. | A.M. | Please dont stress. Dont think I could do "it". I care for u too much despite threats w feds and know in my chest ..I wont ever see u. .Will be in-out of RX for next |
| 8/18/14 | 5:52 pm | C.M. | A.M. | Month or so. Try to txt u—u know i dont call because of your man. Just wish luck k? Best C. |

18.    On August 24, 2014, Mack (denoted as C.M. in the table below) sent A.M. the

following text messages:

| Date | Time | From | To | Content |
|------|------|------|-----|---------|
| 8/24/14 | 3:16 pm | C.M. | A.M. | After I heal from concussion I am flying there to see you. How did I find you? My contact did he is black ops over the FBI. Just to talk… |
| 8/24/14 | 3:35 pm | C.M. | A.M. | And to answer your question this is just a mail address. My guy can confirm your UPS address in 2 hrs. Where do u wanna meet? No threats just to talk. |
| 8/24/14 | 3:41 pm | C.M. | A.M. | And lastly dont call me. I am not getting setup. U have my email and txt. C u soon. |

19.    On August 25, 2014, Mack (denoted as C.M. in the table below) and A.M. had a

text message exchange, portions of which are excerpted below:

| Date | Time | From | To | Content |
|------|------|------|-----|---------|
| 8/25/14 | 10:06 am | C.M. | A.M. | I have not threatened u. So do whatever. Talk to u when i fly Ithere. |
| 8/25/14 | 10:32 am | C.M. | A.M. | Wont mail u agaian.see u in person. |
| 8/25/14 | 10:48 am | A.M. | C.M. | Stop this ridiculousness! You need help Charlie! |
| 8/25/14 | 10:49 am | C.M. | A.M. | Yes I do. |
| 8/25/14 | 10:56 am | A.M. | C.M. | Please call your doctor or whoever oversees your medication. I cannot help you. This is out of control and very upsetting to me. Please get yourself some help. |

20.    On August 26, 2014, Mack (denoted as C.M. in the table below) and A.M. had a

text message exchange, portions of which are excerpted below:

8

| Date | Time | From | To | Content |
|------|------|------|-----|---------|
| 8/26/14 | 8:16 am | A.M. | C.M. | I need to clarify with you that I do not want you coming here. This has gotten way out of control and is very upsetting and stressful for me. I still only wish you well but I need you to respect my wishes and stay out of my life. Can you do that on your own? I have set boundaries and you have ignored them. |
| 8/26/14 | 10:24 am | C.M. | A.M. | No. |
| 8/26/14 | 10:49 am | A.M. | C.M. | No what? U can't stop yourself? |
| 8/26/14 | 12:02 pm | C.M. | A.M. | In hospital. Mail u when out. Doont play cop w me. I will forward your naked pix to president down to all in your office! |

. . .

| Date | Time | From | To | Content |
|------|------|------|-----|---------|
| 8/26/14 | 7:14 pm | C.M. | A.M. | I wouldve died four u till u did four things: cancelled trip and said three words...feds extortion restraining order.not coming there anyway. Pc[5] is easier. |

21.     Mack continued to text A.M. for the next week and she sent sporadic responses. On September 4, 2015 at 10:53 a.m., Mack sent A.M. a text that read, "Cant promise on pix. You wont call and more important dissed me w no thanks for the dvd or tulips I could not afford." I believe Mack is referencing his earlier threats to send nude photographs of A.M. to her workplace.

22.     Mack texted A.M. occasionally throughout October and early November 2014 and claimed to be in the hospital for portions of time. A.M. responded to some texts in an effort to find out where Mack was in the hospital. On November 11, 2014, Mack (denoted as C.M. in the table below) and A.M. had the following text message exchange:

| Date | Time | From | To | Content |
|------|------|------|-----|---------|
| 11/11/14 | 1:27 pm | C.M. | A.M. | Pls tell Blondie why you asked which RX I was in if u werent going to contact me |

---

[5]     I believe based on the context that this is a reference to a personal computer or "PC."

9

| 11/11/14 | 1:58 pm | A.M. | C.M. | I wanted to know your whereabouts because your behavior was concerning. I'm sorry you've been ill but I am done communicating with you |
| 11/11/14 | 7:10 pm | C.M. | A.M. | I always keep my app set on phone conversations mail txts etc. A friend came over and burned to disc to prove any threats. I have never extorted threatened u. |
| 11/11/14 | 7:17 pm | C.M. | A.M. | So like I was in sales the one to one works best. Gave up around ten k and 3.9 years for u... So i will just come up your home or office very very soon no theat |
| 11/11/14 | 7:21 pm | C.M. | A.M. | B there soon to talk about things. Spent over three yrs for u. So better your home or work? PS my gmail account cancelled. See u soon. |

23.    On November 20, 2014 at 6:47 p.m., Mack sent A.M. the following text message: "I swear i will NEVER contact u again if u just call me 5 min. Please."

24.    Following this text message, Mack began to leave voicemail messages for A.M.[6] Between December 4, 2014 and February 4, 2015, Mack left 25 unreturned voicemail messages on A.M.'s phone, which I have listened to. In most of these messages, Mack declares his love for A.M. and begs her to contact him or to visit him. For example, on January 13, 2015, Mack left four voicemail messages on A.M.'s phone, at 7:01 a.m., 6:15 p.m., 6:31 p.m., and 6:36 p.m. Two of these messages are transcribed below:

- Message left at 7:01 a.m.:

  [IA[7]] just because I did I don't know. In my head you come up, up weekly. You wake me up. I don't understand it but[UI[8]] for 20 years [UI], there hasn't been a week in that 20 years that I haven't thought of you at night. So I'm no- I'm not coming up there so don't worry about that. Unless you ask me to. I mean that'd be like Christmas, my birthday, and everything all wrapped in one. But I'll be sending you another package in a couple weeks. I'm trying so hard, trying so hard.

- Message left at 6:31 p.m.:

---

[6]    A.M. has identified the caller as Mack based on her familiarity with his voice.

[7]    Inaudible portions of conversation are denoted as "[IA]".

[8]    Unintelligible portions of conversation are denoted as "[UI]".

10

Hey Ms [name redacted] um I just got this smart phone and I don't know even how it works so I'm trying again. Um I'm gonna have a big operation next month or two and I'll, I'll pay for you to come up here for three or four days. Ok? So just [UI] my email charliem2525@gmail. So it's, it's like a 60 – 40 type of deal. They gotta go into my neck [IA].

25.    On January 23, 2015 at 2:22 p.m., Mack left a voicemail message on A.M.'s

phone, which is transcribed below:

Hey I guess this will be my last call cause I gotta give up. You could at least thank me for the roses, the 3 ½ years I did for you, and uh you could've [UI] so. So I guess I'm kicked to the curb. If you have a change of heart you know my number. If you ever get in trouble you know my number. You will always be in my chest as you put it. Bye [name redacted].

26.    On January 28, 2015, Mack left two voicemail messages on A.M.'s phone, both

of which are transcribed below:

- Message left at 11:28 a.m.:

    Hey listen um since you're my wife you're gonna be entitled to about $24,000 a year plu- plus health insurance. So I just wanted you to know that. And uh you don't pick up my calls. You call me I'm trying to give you every fucking thing in the world I have. Cause I'm checking out. [UI].

- Message left at 11:33 a.m.:

    Hey just don't disclose anything about what I'm gonna do this summer. Ok? Because if it doesn't look like an accident I don- I don't think you get your money. And it's like $24,000 a year. It goes up every year for the rest of your life so. Give it to your kid or something to buy a car or whatever. I really, really want to talk to you. I want you to talk me out of this. [UI]

27.    On February 1, 2015, at 8:48 a.m., Mack sent the following email to A.M.:

Sent mail to our gmail account x2. On ashley Madison.com mostly married women just want to hook up. twice weekly. I dont want to go under but I m hoping for another Mack. U were my "ten" not just for your your awesome tall body and best rear ever but just, cant explain it You just take my breath away, Though I have never been so sad {even spending 3.5 years in Leavenworth solitary).23.5 hours daily in a steel cage as an max escape risk pacing hours thinking of you.I am not stalking u bit confused on why you busted your visit and wont talk even as a friend to me... C

11

In response, A.M. sent the following email at February 2, 2015 at 8:06 a.m.:

STOP. No more calls, emails, text, flowers – any contact of any kind.
Final time I am telling you this. Please do not respond.

A.M. also texted Mack at 8:11 a.m. that day as follows:

STOP. No more calls, emails, text, flowers – any contact of any kind.
Final time I am telling you this. Please do not respond.

Mack responded by email at 10:33 p.m. on the same day:

k but u will will always be the one. I am forever fucked from being shot trying to get back to you and ordered a book to send you on the worst place on US I paid for my escapes Dont know where this is coming from I have not mailed u in weeks C .

28.     On February 3, 2015, Mack left three voicemail messages on A.M.'s phone, one

of which is transcribed below:

- Message left at 5:09 p.m.:

Hey I just tried to call you and got interrupted. But I'm gonna send you a book. Just to show you what I went through to try to find you. Ok? And the surgeries I've had to have to get the bullet that I took for you. And I will always, always, always be there for you. And if you had just told me what your father did to you. I would have been on a plane in about 12 hours and, and took care of him. That's not forgiveness with a 5 year old. That's fucking disgusting. So anyway I doubt I'll ever see you again but.

29.     On February 4, 2015, Mack left three voicemail messages on A.M.'s phone, one

of which is transcribed below:

- Message left at 8:40 p.m.:

I gotta add that uh you know I never knew that you were an heiress. Uh so it wasn't about that, but you weren't young and stupid. You out-foxed with a little help from me the most feared police department, sheriff's department, whatever there are in the country, the Texas Rangers and the Secret Service. And so I'm, I was so proud of you for doing that. I, I can't say anything more. That, that wasn't an easy thing to do.

30.     On February 4, 2015, I met with A.M., who expressed her fear that Mack was

becoming more aggressive and more personal in his communications to her. She again

mentioned that when she and Mack had been romantically involved back in 1989, he had

12

threatened to kill her family and throw acid in her face if she did not do what he wanted her to.

She also told me that he kept several handguns and shotguns with him during their crime spree

and that he had been a very accurate shooter, and that it scares her to this day.  During this

meeting, A.M. also informed me that Mack had sent her at her workplace a dozen long-stemmed

white roses several weeks ago and she provided me with a card from Vose-Smith Florist in

Portland that read, "I am so damn sorry for that mail. C."

31.    In the weeks after February 4, Mack sent A.M. a handful of emails in which he

continued to inform her of his health problems and expressed his affection for her.  On April 16,

2015, Mack sent A.M. an email at 5:45 p.m., that read as follows:

Hey BB:

Was cleaning my email and ran across your photo of of your body.  Damn you look like
me—late thirteenths.  Very.Very hot.Going to in next few weeks send you an expensive
pkg for and [name redacted[9]] (sic? Unsure.  You might have blocked me via phone and
text an email...
Dont worry I would NEVER come up unless invited.Have to go back to RX for some
very scary PSA and biopsy.  Wish you would call as a friend; I dont text or email well.

Always, C.

32.    I decided to have Agents speak to Mack in an effort to stop his communications

with A.M.  On May 6, 2015, Special Agents with the FBI went to speak with Mack at his

residence in Clearwater, Florida.  Mack told the Agents that he had not spoken to his ex-wife in

over a month and he last spoke to her when he sent her $500 in Tiffany jewelry.  Mack told the

Agents that he sent the jewelry in anticipation of his ex-wife visiting so that they could obtain

closure, but that she never came.  The Agents told Mack to cease all contact with his ex-wife in

order to avoid future visits from the FBI or prosecution for harassment.  Mack agreed to do so

---

[9]    I have redacted the name written by Mack in this email, which I believe, based on the
name, was a reference to A.M.'s child.

13

and indicated that he was disabled, although the Agents observed him to be in fair health. Mack also asked whether his ex-wife was in protective custody, which the Agents declined to answer.

33.    On May 8, 2015, A.M. contacted me to let me know that she had just received an email from Mack that she found threatening. She has since forwarded this email to me, and I have observed that on May 8, 2015, at 6:47 p.m., Mack sent an email to A.M. with the subject heading "nice try." The body of the email said only "Game on."

34.    I was concerned for A.M.'s safety after reading this email and asked law enforcement in the Clearwater, Florida area to verify that Mack was still at his home. On the evening of May 8, 2015, officers from the Clearwater Police Department spoke with Mack and verified that he was at home.

35.    On May 11, 2015, an FBI Special Agent in Florida told me that Mack had left a voicemail message for a detective at the Clearwater, Florida Police Department. The voicemail message was left around noon on May 9, 2015. The Agent forwarded this message to me and I have reviewed it. It is transcribed below:

> Charles Mack. 1664 Drew Street. 7-2-7-6-7-8-1-7-9-7. You guys invaded my porch yesterday um when I just woke up. So just to clarify I have no intention of going to Maine or calling that girl. Um so there's that and also to clarify you- somebody told me that they would bring handcuffs and a restraining order but it doesn't work that way. You bring the restraining order and then if you breach it then there's the handcuffs. So I used to love her. Now I hate her. So there's nothing to worry about there. Any questions, give me a ring. Thank you.

When I informed A.M. of the contents of this message, she indicated to me that it reminded her of a song that Mack loved and that he used to sing frequently. I have since determined that there is a Guns 'n Roses song that contains the lyrics:

> I used to love her, but I had to kill her
> I used to love her, but I had to kill her
> I had to put her, six feet under, and I can still hear her complain

14

36.     On May 13, 2015, A.M. forwarded me a LinkedIn request she had received that evening at 6:13 p.m. from someone listed as "chaz mack." The Reply-To email address associated with that LinkedIn account is charliem2525@gmail.com. A.M. has not responded to this request.

37.     The foregoing has caused A.M. fear and substantial emotional distress. She has repeatedly contacted me expressing concern for her safety and the safety of her family. She has also missed multiple days of work as a result of her emotional distress and has sought mental·health counseling.

## CONCLUSION

38.     Based on the aforementioned related facts, I respectfully submit that probable cause exists to believe that from about January 2014 to about May 2015, Charles Mack used the facilities of interstate commerce, specifically, the internet and cellular telephone networks, to commit stalking in violation of Title 18, United States Code, Section 2261A(2)(B). Specifically, I respectfully submit that probable cause exists to believe that between January 2014, the exact date being unknown, and until about May 2015, Charles Mack, with the intent to injure, harass, intimidate, and to place under surveillance with intent to injure, harass, and intimidate another person, namely A.M., used facilities of interstate or foreign commerce, including electronic mail and cellular telephone networks, to engage in a course of conduct that caused substantial emotional distress to A.M., in violation of Title 18, United States Code, Section 2261A(2)(B). Accordingly, I respectfully request that this Honorable Court issue a criminal complaint charging Charles Mack with this offense.

15

I hereby swear under oath that the information set forth in this affidavit is true and correct

to the best of my knowledge, information, and belief, and I make this oath under penalties of

perjury.

Dated at Portland, Maine, this 14 day of May, 2015.

Pamela A. Flick
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this 14 day of May, 2015.

John H. Rich III
United States Magistrate Judge

16